**Order filed January 9, 2020**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00006-CV
_____

### ALI YAZDCHI, Appellant

### V.

### MAKANSAM INC. D/B/A IDEAL TOWING, Appellee

**On Appeal from County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Cause No. 1135418**

## O R D E R

This is an appeal from a judgment signed September 30, 2019. Appellant timely filed a post-judgment motion. The notice of appeal was due December 30, 2019. *See* Tex. R. App. P. 26.1. Appellant, however, filed the notice of appeal on December 31, 2019, a date within 15 days of the due date for the notice of appeal. A motion for extension of time is necessarily implied when the perfecting instrument is filed within 15 days of its due date. *Verburgt v. Dorner,* 959 S.W.2d 615, 617 (Tex. 1997). Appellant did not file a motion to extend time to file the

notice of appeal. While an extension may be implied, appellant is still obligated to come forward with a reasonable explanation to support the late filing. *See Miller v. Greenpark Surgery Center Assocs., Ltd.*, 974 S.W.2d 805, 808 (Tex. App.—Houston [14th Dist.] 1998, no pet.).

Accordingly, we **ORDER** appellant to file a proper motion to extend time to file the notice of appeal on or before **15 days** after the date of this order. *See* Tex. R. App. P. 26.3;10.5(b). If appellant does not comply with this order, we will dismiss the appeal. *See* Tex. R. App. P. 42.3.

PER CURIAM

Panel consists of Justices Zimmerer, Spain and Hassan.